IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN SPRINGER                                                                                          PLAINTIFF

v.                                        No. 6:15-CV-06026

CORPORAL BENJAMIN DALE CAPLE;
WARDEN D. REED; and DEPUTY
ASSISTANT WARDEN GARY A.
MUSSELWHITE                                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 55) from Chief United States Magistrate Judge Barry A. Bryant. On February 9, 2017, the Court extended the deadline for objections to March 13, 2017. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motion for summary judgment and dismiss this case with prejudice.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 47) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE