IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN SPRINGER                                                                                       PLAINTIFF

v.                                       No. 6:15-CV-06026

CORPORAL BENJAMIN DALE CAPLE;
WARDEN D. REED; and DEPUTY
ASSISTANT WARDEN GARY A.
MUSSELWHITE                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 14th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE